# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TORRENCE HORTON

VERSUS

ADM, DENNIS MIRANDA,
AND TODD WEBBER

CIVIL ACTION

22-668-SDD-SDJ

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated July 21, 2023, to which Plaintiff filed a *Reply Memorandum in Opposition to Proposed Finds of Fact, Conclusions of Law and Recommendations*.[3] After considering the *Reply Memorandum in Opposition* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge.

**ACCORDINGLY**, Plaintiff's *Motion to Remand* is DENIED, as this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

**IT IS FURTHER ORDERED** that because Dennis Miranda and Todd Weber are improperly joined, both shall be DISMISSED without prejudice, as Plaintiff has not stated any viable claims against either Defendant.

Signed in Baton Rouge, Louisiana on ~~March 23rd,~~ August 30th, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 18.
[3] Rec. Doc. 19.